UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60814-CIV-ALTMAN

**KAREEM BRITT** and
**MONIQUE LAURENCE**, *on behalf of themselves
and all others similarly situated*,
    *Plaintiffs*,
v.

**IEC CORPORATION**, *et al.*,

    *Defendants*.
_____/

## ORDER

**THIS MATTER** comes before the Court on the Motion to Compel Arbitration or, in the Alternative, Motion to Dismiss the Complaint [ECF No. 24]. The Court held a hearing on the Motion on December 3, 2020. For the reasons stated in open court, the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. The Motion to Compel Arbitration is **DENIED without prejudice**.[1]

2. The Motion to Dismiss the Complaint as a shotgun pleading is **DENIED**.

3. The Motion to Dismiss the Complaint for lack of standing is **DENIED**.

4. The Motion to Dismiss the Complaint is **GRANTED without prejudice** as to Counts I, IV, and V; **DENIED** as to Counts II and III;[2] and **DENIED without prejudice**[3] as

---

[1] The Defendants may file a second motion to compel arbitration once the Plaintiffs have filed an amended complaint. The Court will issue a final order on the question of arbitration at that time. Since this order does not constitute a final order on the question of arbitration, the Defendants' time to appeal the Court's denial of the motion to compel arbitration is hereby tolled until a final order of the Court.

[2] This means the Defendants may not re-raise these same arguments in response to the amended complaint.

[3] This means the Defendants may re-raise these arguments in response to the amended complaint.

2

    to Counts VI and VII.

5. The Motion to Strike the Plaintiffs' requests for punitive damages and injunctive relief is **GRANTED**.

6. The Plaintiffs may file an amended complaint by **January 18, 2021**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of December 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record