UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60814-cv-ALTMAN/HUNT

KAREEM BRITT and SHARON HENRY,
on behalf of themselves and all others similarly
situated,

    Plaintiffs,

v.

IEC CORPORATION d/b/a INTERNATIONAL
EDUCATION CORPORATION and IEC US
HOLDINGS, INC. d/b/a FLORIDA CAREER
COLLEGE,

    Defendants.

_____/

**JOINT REPORT ON OUTCOME OF KAREEM BRITT ARBITRATION**

    Pursuant to the Court's August 16, 2022 Order [ECF No. 164] the parties jointly submit this notice describing the outcome of the *Kareem Britt v. Florida Career College, et al.* arbitration as follows:

    Respondents prevailed on the merits at arbitration as to all claims. The matter has been dismissed with prejudice. A true and correct copy of the Final Arbitration Award and the Interim Arbitration Award, which is specifically incorporated into the Final Award, is attached hereto as Exhibit 1.

Dated: April 27, 2023

*/s/Adam M. Schachter*
Adam M. Schachter
Florida Bar No. 647101
aschachter@gsgpa.com
Andrew T. Figueroa
Florida Bar No. 1002745
afigueroa@gsgpa.com
Gelber Schachter & Greenberg, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

Eileen Connor (*pro hac vice*)
econnor@ppsl.org
Michael N. Turi (*pro hac vice*)
mturi@ppsl.org
Rebecca C. Eisenbrey (*pro hac vice*)
reisenbrey@ppsl.org
PROJECT ON PREDATORY
STUDENT LENDING
769 Centre Street
Jamaica Plain, Massachusetts 02130
Telephone: (617) 322-2271

Zachary S. Bower
Florida Bar No. 17506
zbower@carellabyrne.com
Security Building
117 NE 1st Avenue
Miami, FL 33132-2125
Telephone: (973) 994-1700

Caroline F. Bartlett (*pro hac vice*)
cbartlett@carellabyrne.com
Carella, Byrne, Cecchi, Olstein, Brody &
Agnello P.C.
5 Becker Farm Road
Roseland, New Jersey 07068-1739
Telephone: (973) 994-1700

*Counsel for Plaintiffs*

Respectfully Submitted,

*/s/ Christopher Oprison*
Christopher Oprison
Florida Bar No. 0122080
chris.oprison@dlapiper.com
DLA Piper LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8522

Keith Zakarin (*pro hac vice*)
KZakarin@duanemorris.com
Courtney L. Baird (*pro hac vice*)
CLBaird@duanemorris.com
750 B Street, Suite 2900
Duane Morris LLP
San Diego, California 92101
Telephone: (619) 744-2278

*Counsel for Defendants IEC Corporation and IEC US Holdings, Inc.*