UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60814-cv-ALTMAN/HUNT

KAREEM BRITT and SHARON HENRY,
on behalf of themselves and all others similarly
situated,

    Plaintiffs,

v.

IEC CORPORATION d/b/a INTERNATIONAL
EDUCATION CORPORATION and IEC US
HOLDINGS, INC. d/b/a FLORIDA CAREER
COLLEGE,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss with prejudice all of their claims in this action.

[SIGNATURE ON THE NEXT PAGE]

Dated: May 4, 2023                                              Respectfully Submitted,

/s/Adam M. Schachter
Adam M. Schachter
Florida Bar No. 647101
aschachter@gsgpa.com
Andrew T. Figueroa
Florida Bar No. 1002745
afigueroa@gsgpa.com
Gelber Schachter & Greenberg, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

Eileen Connor (*pro hac vice*)
econnor@ppsl.org
Michael N. Turi (*pro hac vice*)
mturi@ppsl.org
Rebecca C. Eisenbrey (*pro hac vice*)
reisenbrey@ppsl.org
PROJECT ON PREDATORY
STUDENT LENDING
769 Centre Street
Jamaica Plain, Massachusetts 02130
Telephone: (617) 322-2271
Facsimile: (781) 218-9625

Zachary S. Bower
Florida Bar No. 17506
zbower@carellabyrne.com
Security Building
117 NE 1st Avenue
Miami, FL 33132-2125
Telephone: (973) 994-1700

Caroline F. Bartlett (*pro hac vice*)
cbartlett@carellabyrne.com
Carella, Byrne, Cecchi, Olstein, Brody &
Agnello P.C.
5 Becker Farm Road
Roseland, New Jersey 07068-1739
Telephone: (973) 994-1700

*Counsel for Plaintiffs*